UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 7
                                                            :   11-42921-CEC
DAVID HERZ,                                                 :
                                                            :
                          Debtor.                           :
                                                            :
------------------------------------------------------------X

### ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014 AUTHORIZING RETENTION OF LAW OFFICES OF MOSHIE SOLOMON, P.C. AS COUNSEL TO TRUSTEE AS OF DECEMBER 1, 2014

Upon the annexed application (the "Application") of Richard E. O'Connell (the "Trustee"), chapter 7 trustee for the estate of David Herz (the "Debtor"), dated January 8, 2015, seeking entry of an order pursuant to § 327(a) of title 11, United States Code, 11 U.S.C. §§ 101, *et seq.*, and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing the retention of Law Offices of Moshie Solomon, P.C. (the "Firm") as counsel to the Trustee in connection with the captioned case to perform the services described in the Application; and upon the declaration of Moshie Solomon, Esq., the principal of the Firm, dated January 8, 2015 (the "Declaration," annexed to the Application as Exhibit "A"); and this Court being satisfied that the Firm represents no interest adverse to the Trustee, the Debtor or its estate, and that it is and has been disinterested in the matters upon which it is to be and has been engaged, and that its employment is necessary and would be in the best interests of the Debtor's estate; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED, that the Trustee be, and hereby is, authorized to retain the Firm as his counsel as of December 1, 2014, to render legal services as more fully set forth in the

Application and Declaration through and including the close of this chapter 7 case; and it is further

ORDERED, that compensation to the Firm for legal services rendered and reimbursement of disbursements shall solely be pursuant to applications to be submitted to this Court from time to time during the pendency of this chapter 7 case.

NO OBJECTION:

Office of the United States Trustee

By: */s/ William E. Curtin*

Dated: 2/12/15



**Dated: Brooklyn, New York**
**February 19, 2015**

									            **Carla E. Craig**
									            **United States Bankruptcy Judge**