UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                               Case No. 11-42921

David Herz                                          Chapter: 7

                    Debtor(s)
------------------------------------------------------------x

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. Judge Carla E. Craig Bankruptcy Judge;

I Esther Herz, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to: Re consider your order Doc 61 filed 6/9/15.

In support of the relief requested, I hereby allege as follows:

I ask of you to please reconsider the order directing Turnover of Estate Property. The claims against me are fradulent I do not owe any money or judgments. I am currently proving that in addition to this court also in Civil and Supreme court. I have been in touch with the Trustee in England and he advises us to ask to hold the money in England, because if we win the case it will be very damaging to us because we will lose alot of money and intrest on the currency exchange.

We ask to be given the chance to prove all the correct facts

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested. ) and until this matter is resolved for a decision to be made.

Dated: 8/20/15        By: E. HERZ
                         (Signature of movant)

Type or Print Name: Esther Herz
Address: 1148 E. 10 St.
         Brooklyn N.Y. 11230
Telephone Number: 347-525-7229

(The Trustee seems to believe he has to transfer the funds by Sept. 18)
* We would greatly appreciate if this order could be placed on hold as we have court again on October 2, 2015. Thank You.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

RETURN DATE: _____

In re: David Herz

Case No. 11-42921
Chapter: 7

**Debtor(s)**
---------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, _____ seeking entry of an Order to _____

_____

_____, it is

**ORDERED** that _____ show cause at _____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____

_____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon

_____

_____, and upon the Trustee at _____ and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge