**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for JPMorgan Chase Bank, National Association
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Nicole Kolczynski**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE:                                                            CHAPTER 7

DAVID HERZ,                                                CASE NO. 1-11-42921-cec

                      DEBTOR.

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for JPMorgan Chase Bank, National Association, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: August 23, 2016

                                                                  Respectfully Submitted,

                                                                  _____
                                                                  Nicole Kolczynski
                                                                  Bankruptcy Attorney
                                                                  Shapiro, DiCaro & Barak, LLC
                                                                  Attorneys for JPMorgan Chase Bank, National Association
                                                                  175 Mile Crossing Boulevard
                                                                  Rochester, New York 14624
                                                                  Telephone: (585) 247-9000
                                                                  Fax: (585) 247-7380

16-056442  BK01