UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:

David Herz

    Debtor(s)
-------------------------------------------------X

Chapter: 7
Case # 11-42921

**NOTICE OF APPEARANCE**

SIR:

    **PLEASE TAKE NOTICE** that U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST hereby appears in the above action, and demands that all papers in the case be served on U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: April 25 2017
       Plainview, New York

Rosicki, Rosicki & Associates, P.C.
Attorneys for U.S. BANK TRUST, N.A.,
AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST
By: Seung Woo Lee, Esq.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Email: ECFNotice@Rosicki.com

TO:

Richard Klass, Esq.
16 Court Street, 28th Floor
Brooklyn, NY 11241

Rawle Pantaleon, Esq.
175 Crown St
Brooklyn, NY 11225

Bruce Weiner, Esq.
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

Richard E. O'Connell, Esq.
Yost & O'Connell
Post Office Box 405
150-12 14th Avenue
Whitestone, NY 11357

Moshie Solomon, Esq.
Law Offices of Moshie Solomon, P.C.
5 Penn Plaza
23rd Floor
New York, NY 10001

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Richard Klass, Esq.
16 Court Street, 28th Floor
Brooklyn, NY 11241

Rawle Pantaleon, Esq.
175 Crown St
Brooklyn, NY 11225

Bruce Weiner, Esq.
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

Richard E. O'Connell, Esq.
Yost & O'Connell
Post Office Box 405
150-12 14th Avenue
Whitestone, NY 11357

Moshie Solomon, Esq.
Law Offices of Moshie Solomon, P.C.
5 Penn Plaza
23rd Floor
New York, NY 10001

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201


April 27, 2017

_____
Loni Abramowitz

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

David Herz
   Debtor(s)

-------------------------------------------------x

## NOTICE OF APPEARANCE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803