UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
IN RE:

DAVID HERZ

       Debtor(s)

Chapter: 7
Case No.: 11-42921-cec

**NOTICE OF APPEARANCE**

-------------------------------------------------------------------------

**PLEASE TAKE NOTICE**, that the Debtor, by the administratrix of his estate, LIBI HERZ, appears in the above entitled action, and that I have been retained by and appear for the Debtor herein, and I hereby request service of papers and notices of all proceedings in the above entitled action.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or property of the debtor.

Dated: Brooklyn, NY
       June 1, 2017

Michael L. Walker, Esq.
Attorney for Debtor
9052 Fort Hamilton Pkwy
Second Floor Suite
Brooklyn, NY 11209
Phone: (718) 680-9700
Email: mwalker@michaelwalkerlaw.com

TO:

Richard Klass, Esq.
16 Court Street, 28th Floor
Brooklyn, NY 11241

Rawle Pantaleon, Esq.
175 Crown St
Brooklyn, NY 11225

Bruce Weiner, Esq.
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

Richard E. O'Connell, Esq.
Yost & O'Connell
Post Office Box 405
150-12 14th Avenue
Whitestone, NY 11357

Moshie Solomon, Esq.
Law Offices of Moshie Solomon, P.C.
5 Penn Plaza
23rd Floor
New York, NY 10001

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the above mentioned parties by first class mail.

Dated: Brooklyn, NY
June 1, 2017

Michael L. Walker, Esq.