# A

The estate of

# ELLEN RUTH SILVERMAN
## (OTHERWISE ELLEN RUTH SILBERMANN)

# DRAFT ESTATE ACCOUNTS

These accounts are divided into the following sections:

- The Estate Account, which shows the assets and liabilities of the estate as at the date of death
- The Administration Account, which shows the sums received and paid out in the course of the administration
- The Distribution Account, which shows how the net estate is to be distributed to the beneficiaries
- Notes, which seek to explain particular points arising out of the accounts

Prepared for Peter R.A. Birchwood Administrator and Attorney for Anne Louise Yondorf, first cousin once-removed of the deceased and residuary beneficiary under the Will of the deceased

By Hugh Anton-Stephens Notary Public & Professional Legal Services
White House Arthur Street Montgomery Powys SY15 6RA

8th June 2017

In the Estate of Ellen Ruth SILVERMAN otherwise SILBERMANN deceased
who died on the 2nd day of November 2002

## ESTATE ACCOUNT

| Assets | £ | £ | Liabilities | £ | £ |
|---|---:|---:|---|---:|---:|
| **1 Court funds office** | | | **1 Pension overpayment** | | |
| a Monies held in court | | 150,970.18 | a Deutsche Rentenversicherung Bund | | 2,563.87 |
| **2 Receivership account** | | | **2 Receiver's costs** | | |
| a Faber & Co. | | 26,292.03 | a Faber & Co. | | 753.30 |
| **3 National Savings & Investments** | | | 3 Accommodation costs | | 4,489.28 |
| a Premium bonds | | 52.00 | | | |
| **4 Pension payments due** | | | 4 Carried forward to Administration Account | | 172,674.32 |
| a UK state pension | 110.00 | | | | |
| b Deutsche Rentenversicherung Bund | 1,880.50 | 1,990.50 | | | |
| **5 Shares** | | | | | |
| a Santander | | 453.00 | | | |
| **6 Cash** | | 723.06 | | | |
| Total : | | 180,480.77 | Total : | | 180,480.77 |

In the Estate of Ellen Ruth SILVERMAN otherwise SILBERMANN deceased
who died on the 2nd day of November 2002

## ADMINISTRATION ACCOUNT

| Income | £ | £ | Expenditure | £ | £ |
|---|---:|---:|---|---:|---:|
| 1 Brought forward from Estate Account | | 172,674.32 | 1 Funeral and memorial costs | | |
| 2 Interest received | | | a Funeral expenses | 1,334.00 | |
| a Treasury Solicitor's Office | 2,852.09 | | b Memorial | 4,000.00 | 5,334.00 |
| b Court funds | 51,593.43 | | 2 Treasury Solicitor's Office | | |
| c Faber & Co. receivership account | 5,751.93 | | a Adverts | 4,750.02 | |
| d NatWest client/designated account interest | 778.66 | 60,976.11 | b Certificates and probate fees | 136.00 | |
| 3 Dividends received | | | c Administration costs | 5,150.40 | 10,036.42 |
| a Uncashed dividends from Santander | 432.40 | | 3 Tax on interest | | 570.42 |
| b Scrip dividend from Santander | 10.21 | | 4 Legal costs | | |
| c Final dividend from Santander | 10.10 | 452.71 | a Search costs (Mr. Herz) | 6,141.00 | |
| | | | b Probate fees | 101.80 | |
| | | | c Bankruptcy searches | 488.13 | |
| | | | d Costs associated with bankruptcy (Mr. Herz) | 12,793.20 | |
| | | | e Legal fee | 4,250.00 | |
| | | | f Other legal costs | 147.78 | 23,921.91 |
| | | | Carried forward to Distribution Account | | 194,240.39 |
| Total : | | 234,103.14 | Total : | | 234,103.14 |

In the Estate of Ellen Ruth SILVERMAN otherwise SILBERMANN deceased
who died on the 2nd day of November 2002

## DISTRIBUTION ACCOUNT

| Distributable assets | £ | £ | Beneficiaries | £ | £ |
|---|---|---|---|---|---|
| 1 Brought forward from Administration Account | | 194,240.39 | 1 Residue<br>a  Anne Louise Yondorf<br>b  Estate of Klaus Gunter Loewald<br>c  Trustee for estate of David Herz | 32,373.40<br>32,373.40<br>129,493.58 | |
| | | | | | 194,240.38 |
| Total : | | 194,240.39 | Total : | | 194,240.38 |

# In the Estate of Ellen Ruth SILVERMAN otherwise SILBERMANN deceased
## who died on the 2nd day of November 2002

### Notes to the accounts

1. The attached accounts relate to the administration of the sole personal assets of Ellen Ruth Silverman (otherwise Silbermann).

2. Mrs. Silverman died on 2nd November 2002, leaving a will and two codicils. The named executors pre-deceased Mrs. Silverman and the beneficiaries under the will could not be located, so the estate was initially administered by the Treasury Solicitor's Office.

3. Beneficiaries to the estate were subsequently discovered and the estate administered by Peter R.A. Birchwood as Administrator for Anne Louise Yondorf, first cousin once-removed of the deceased and one of the residuary beneficiares named in the will.

4. The Administration Account reflects gains and losses made during the administration period, as well as the actual fees incurred and payments made by the Administrator in the course of the administration of the estate.

5. The publication of these accounts is made on the basis that all assets have been identified and administered and all liabilities met. Should additional assets or liabilities come to light at a future date, they will need to be dealt with as the case may require, and may result in repayments being required from, or additional payments being made to, the heirs to the estate.

6. These accounts do not include the jewellery belonging to Mrs. Silverman, as this is of nominal value. This has been passed *in specie* to Mrs. Caroline Gilby née Hambury, the named beneficiary in the first codicil to the will.

Signed: _____       Date: _____

Peter R.A. Birchwood, Administrator and Attorney
for Anne Louise Yondorf, first cousin once-removed of the deceased
and one of the residuary beneficiaries named in the Will

# COSTING SHEET

**SUMMARY OF JOB:**

| | | | |
|---|---|---|---|
| Client ref: | CELTIC_01 | Case ref: | SILBERMANN_01_PRO |
| Client name: | Celtic Research Ltd | Case name: | Estate of Ruth Ellen Silbermann |

**CATEGORY OF COSTINGS:**

| Scale | A: general | B: letter in | C: letter out | D: telephone call | E: mobile call | F: email in/out | G: no charge | H: other/direct |
|---|---|---|---|---|---|---|---|---|
| Notarial 2010 | £180.00 | £9.00 | £18.00 | £9.00 | | £5.00 | £0.00 | £1.00 |
| Probate 2010 A | £160.00 | £8.00 | £16.00 | £8.00 | £8.00 | £5.00 | £0.00 | £1.00 |
| Probate 2010 C | £133.00 | £8.00 | £15.00 | £8.00 | £8.00 | £5.00 | £0.00 | £1.00 |
| Probate 2010 D | £99.00 | £6.00 | £12.00 | £6.00 | £6.00 | £5.00 | £0.00 | £1.00 |
| Clerk 2010 | £49.00 | £6.00 | £12.00 | £6.00 | £6.00 | £5.00 | £0.00 | £1.00 |
| | per hour | per unit | per unit | per unit | per unit | per unit | - | - |

**LISTING OF COSTINGS:**

| Date: | Item: | Scale: | Category: | Units: | Cost: |
|---|---|---|---|---|---|
| 2012-07-06 | Meeting with Peter re: initial instructions. | Probate 2010 D | A: general | 5.00 mins | £8.25 |
| 2012-07-09 | Letter to TSO re: instructions. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2012-07-09 | Certified copy PoA. | Notarial 2010 | A: general | 1.00 mins | £3.00 |
| 2012-07-09 | Emails to and from Peter re: address for caveat. | Probate 2010 D | F: email in/out | 2.00 | £10.00 |
| 2012-07-09 | Prepared terms of business. | Probate 2010 D | G: no charge | 1.00 | £0.00 |
| 2012-07-09 | Letter to Peter re: terms of business. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2012-07-14 | Letter from TSO re: estate account figures. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-07-16 | Preparation: oath drafted. | Probate 2010 D | A: general | 10.00 mins | £16.50 |
| 2012-07-19 | Emails from and to Peter re: copy death certificate. | Probate 2010 D | F: email in/out | 2.00 | £10.00 |

| Date | Description | Matter | Category | Time/Units | Amount |
|---|---|---|---|---|---|
| 2012-07-20 | Preparation of caveat. | Probate 2010 D | A: general | 5.00 mins | £8.25 |
| 2012-07-20 | Short letter to Liverpool District Probate Registry re: caveat. | Probate 2010 D | C: letter out | 0.75 | £9.00 |
| 2012-08-01 | Call from Liverpool DPR re: caveat, existing grant. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-08-02 | Letter from Liverpool DPR re: caveat. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-08-09 | Letter from Liverpool DPR re: caveat. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-08-09 | Letter from TSO re: revoked grant. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-08-09 | Letter to Peter re: oath for swearing. | Probate 2010 D | C: letter out | 1.00 | £6.00 |
| 2012-08-09 | Call to Liverpool DPR re: next of kin alias. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-08-31 | Letter from Peter re: sworn oath. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-09-03 | Preparation of grant application. | Probate 2010 D | A: general | 5.00 mins | £8.25 |
| 2012-09-03 | Draft letter to Liverpool DPR re: grant application. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2012-09-21 | Call from Liverpool DPR re: will and codicils. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-09-24 | Letter from Liverpool DPR re: will and codicils, TSO statement. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-09-24 | Call to Peter re: will and codicils. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-09-24 | Perusal of will, codicils and TSO statement. | Probate 2010 D | A: general | 15.00 mins | £24.75 |
| 2012-09-24 | Drafting of oath for administrator with will annexed. | Probate 2010 D | A: general | 25.00 mins | £41.25 |
| 2012-09-25 | Draft of letter to Peter re: will and codicils. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2012-09-25 | Calls to Rob Rimmer at Liverpool DPR and Tim Woodward at TSO re: will. | Probate 2010 D | D: telephone call | 2.00 | £12.00 |
| 2012-09-26 | Emails to and from Tim Woodward at TSO re: will, jewellery. | Probate 2010 D | F: email in/out | 4.00 | £20.00 |
| 2012-09-26 | Email to Peter re: jewellery, ring, Herz's, Ernest Silberman. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-09-27 | Attendance on client re: affidavits, grant with will annexed. | Probate 2010 D | A: general | 5.00 mins | £8.25 |
| 2012-09-27 | Emails from and to Peter re: Ernest Silberman, meeting. | Probate 2010 D | F: email in/out | 2.00 | £10.00 |
| 2012-10-15 | Call from Peter re: David Herz, time scales, POA. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-10-15 | Drafting POA for grant with will annexed. | Probate 2010 D | A: general | 25.00 mins | £41.25 |
| 2012-10-16 | Email to Peter re: David Herz, POA. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-10-23 | Short emails to and from Peter re: David Herz, POA. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-10-23 | Email to Peter re: address for heir. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2012-11-22 | Preparation of correspondence for Wendy Yondorf. | Probate 2010 A | A: general | 10.00 *mins* | £26.67 |
| 2012-11-23 | Email to Wendy Yondorf re: will, new poa and affidavit. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-11-25 | Email from Wendy Yondorf re: new poa and affidavit. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-11-26 | Long email to Wendy Yondorf re: questions for affidavit, signing before a notary. | Probate 2010 D | A: general | 10.00 *mins* | £16.50 |
| 2012-11-27 | Email to Peter re: information from Peter. | Probate 2010 D | G: no charge | 1.00 | £0.00 |
| 2012-11-27 | Email from Wendy Yondorf re: information for affidavit | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-11-28 | Drafting affidavit and power of attorney for residuary beneficiary. | Probate 2010 A | A: general | 20.00 *mins* | £53.33 |
| 2012-11-28 | Email from Wendy Yondorf re: address. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-11-29 | Exchange of emails (and minor amendments to affidavit) with Wendy Yondorf. | Probate 2010 D | F: email in/out | 4.00 | £20.00 |
| 2012-11-30 | Short emails from and to Wendy Yondorf re: postal address. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-12-06 | Letter from TSO re: ProSearch/Santander. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-12-06 | Email to TSO re: ProSearch/Santander. | Probate 2010 D | F: email in/out | 1.00 | £5.00 |
| 2012-12-06 | Call to ProSearch re: Santander shares. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-12-08 | Letter from Wendy Yondorf re: poa and affidavit. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2012-12-10 | Emails to Peter and Wendy Yondorf re: receipt of affidavit and poa. | Probate 2010 D | F: email in/out | 2.00 | £10.00 |
| 2012-12-10 | Call to Liverpool District Probate Registry re: original will. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2012-12-10 | Final amendments to draft oath and letter to Liverpool District Probate Registry re: settling of oath. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2012-12-27 | Emails from and to Liverpool DPR re: settling of oath. | Probate 2010 D | F: email in/out | 2.00 | £10.00 |
| 2013-01-11 | Letter from Liverpool DPR re: settled oath. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2013-01-11 | Letter to Peter re: oath for swearing. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2013-01-29 | Letter to Liverpool DPR re: renewal of caveat. | Probate 2010 D | C: letter out | 1.00 | £12.00 |
| 2013-01-29 | Telephone call to ProSearch re: dividend. | Probate 2010 D | D: telephone call | 1.00 | £6.00 |
| 2013-02-02 | Letter from Liverpool DPR re: caveat renewal [duplicated]. | Probate 2010 D | B: letter in | 1.00 | £6.00 |
| 2013-02-05 | Preparation: second grant application and documents. | Probate 2010 D | A: general | 8.00 *mins* | £13.20 |
| 2013-02-05 | Letter to Liverpool DPR re: second grant application. | Probate 2010 D | C: letter out | 1.00 | £12.00 |

| Date | Description | Matter | Type | Time | Amount |
|---|---|---|---|---|---|
| 2013-02-07 | Telephone call from Sidney Mitchell re: David Herz. | Probate 2010 C | A: general | 7.00 mins | £15.52 |
| 2013-02-09 | Letter from Sidney Mitchell re: David Herz. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-02-12 | Letter to Sidney Mitchell re: David Herz. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-02-15 | Emails from and to Wendy Yondorf re: update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-03-08 | Call to Liverpool DPR re: update on grant. | Probate 2010 C | A: general | 10.00 mins | £22.17 |
| 2013-03-09 | Preparation: completion of form PA1S (probate search). | Probate 2010 C | A: general | 10.00 mins | £22.17 |
| 2013-03-09 | Letter to Leeds District Probate Registry re: postal search (sealed copy will). | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-03-09 | Preparation: certificate regarding value of gross estate. | Notarial 2010 | A: general | 5.00 mins | £15.00 |
| 2013-03-15 | Attendance on Peter at White House re: David Herz, invoice for search costs, court-sealed copy will for marking. | Probate 2010 C | A: general | 10.00 mins | £22.17 |
| 2013-03-16 | Letter from TS re: update. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-03-18 | Email to TS re: update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-04-08 | Letter from Leeds DPR re: copy will and codicils. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-04-08 | Letter to Leeds DPR re: copy will and codicils. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-04-25 | Letter from Sidney Mitchell re: update. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-04-26 | Letter from Leeds DPR re: court-sealed copies. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-04-26 | Letter to Sidney Mitchell re: update. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-04-26 | Email to Peter re: marking of copy will. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-04-26 | Email to Peter re: marking will/codicil. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-04-30 | Long telephone call from Hoopers re: Caroline Hambury. | Probate 2010 C | A: general | 14.00 mins | £31.03 |
| 2013-05-02 | Attendance on Peter re: marking of will/codicil. | Probate 2010 C | A: general | 5.00 mins | £11.08 |
| 2013-05-02 | Attendance on commissioner re: marking of will/codicil. | Probate 2010 C | A: general | 5.00 mins | £11.08 |
| 2013-05-07 | Letter to probate registry re: court copy will/codicil, certificate. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-05-09 | Emails from and to TS re: update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-05-20 | Letter from probate registry re: grant. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-20 | Letter to TS re: grant. | Probate 2010 C | C: letter out | 1.00 | £15.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2013-05-20 | Emails to Peter, TS, Wendy Yondorf, Sydney Mitchell re: grant. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2013-05-20 | Preparation: completion of claim form; drafting authorisation. | Probate 2010 C | A: general | 8.00 mins | £17.73 |
| 2013-05-20 | Call to Prosearch re: claim for shares. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-05-20 | Letter to Peter re: claim form/authorisation for shares. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-05-20 | Certified copy grant. | Notarial 2010 | A: general | 1.00 mins | £3.00 |
| 2013-05-20 | Letter to Faber & Co. re: chattels. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-05-22 | Call from Faber & Co re: jewellery, background to estate. | Probate 2010 C | A: general | 8.00 mins | £17.73 |
| 2013-05-24 | Letter to Peter re: signed share form and authorisation. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-24 | Letter from Faber & Co re: jewellery. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-24 | Letter from Peter re: signed share form and authorisation. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-24 | Letter from TS re: estate account, deceased's papers. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-24 | Letter to Prosearch re: claim form, sealed copy grant, authorisation. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-05-24 | Letter to Peter re: estate account for signature. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-05-25 | Letter from Faber & Co re: jewellery. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-05-25 | Emails from and to heir re: payment method. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-06-01 | Letter from Peter re: signed estate accounts. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-06-01 | Letter to TS re: signed estate accounts. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-06-05 | Letter from ProSearch re: grant. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-06-05 | Exchange of emails with Peter and agents re: agents' fees for search. | Probate 2010 C | F: email in/out | 6.00 | £30.00 |
| 2013-06-05 | Telephone call to Hoopers re: jewellery, Mrs. Gilby. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-06-06 | Letter to Caroline Gilby re: jewellery. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-06-13 | Letter from TS re: estate monies. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-06-13 | Email to Peter re: receipt of estate monies, invoice for heir search. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-07-10 | Short emails from and to Hector re: update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-07-16 | Short emails from and to Peter re: Geneatranslat invoice, update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-07-16 | Call to ProSearch re: update on shares sale. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-07-22 | Preparation: researching Caroline Gilby. | Probate 2010 C | A: general | 20.00 mins | £44.33 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2013-07-22 | Letter to Sidney Mitchell re: documents required. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-07-22 | Calls to Hoopers, Mr. Gilby and Faber & Co. re: jewellery. | Probate 2010 C | D: telephone call | 3.00 | £24.00 |
| 2013-07-22 | Letter to Faber & Co. re: jewellery. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-07-27 | Letter from Sydney Mitchell re: claim by David Herz, poa. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-07-27 | Letter from Santander re: cheque for share sale. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-07-31 | Email from Peter re: invoice for Historikekanzlei | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-08-02 | Emails from and to Peter re: invoice from Celtic. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-08-03 | Email re: US bankruptcy searches. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-08-03 | Preparation: drafting estate account, reconciliation. | Probate 2010 C | A: general | 110.00 mins | £243.83 |
| 2013-08-03 | Email to Peter re: early draft estate figures, bankruptcy searches, VAT, commission split. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-08-05 | Email from IWC re: bankruptcy searches. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-08-14 | Letter from Peter re: search fee. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-08-31 | Letter from Sydney Mitchell re: update, estate accounts, family information. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-09-03 | Letter from Santander re: scrip dividend. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-09-03 | Call to Santander re: scrip dividend. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-03 | Call to Faber & Co re: jewellery. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-05 | Preparation: drafting letter for Peter to Santander, obtaining Peters signature and posting. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-09-11 | Email to Sydney Mitchell re: update, family information. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-09-11 | Long email to and short email from IWC re: bankruptcy searches. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-09-11 | Letter from Santander re: grant returned. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2013-09-13 | Call to Faber & Co re: jewellery. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-17 | Letters (x2) from Santander re: jewellery. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-17 | Call to Santander re: cheque re-issue (23 minutes but charge as 1 call). | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-18 | Short emails from and to IWC re: bankruptcy searches. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-09-19 | Letter from Santander re: re-issued cheque. | Probate 2010 C | B: letter in | 1.00 | £8.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2013-09-20 | Letter from IWC re: bankruptcy searches. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-09-21 | Letter from Sydney Mitchell re: update, family connections. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-09-23 | Payment to IWC for bankruptcy searches. | Clerk 2010 | A: general | 5.00 mins | £4.08 |
| 2013-09-24 | Call to Sydney Mitchell re: bankruptcy of heir. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-09-25 | Letter to Sydney Mitchell re: bankruptcy of heir. | Probate 2010 C | C: letter out | 1.00 | £8.00 |
| 2013-09-30 | Letter from Sydney Mitchell re: no in-house expert on US bankruptcy law. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-10-01 | Emails to and from IWC Probate re: bankruptcy US law. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-10-02 | Emails to and from US attorney re: assistance with US bankrupt. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-10-04 | Call to Peter re: authorisation to instruct US attorney. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-10-05 | Email to US attorney re: retainer. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-06 | Email from US attorney re: assistance with US bankrupt. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-09 | Email to US attorney re: poa and grant. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-09 | Email from and to Official Receiver re: US bankruptcy. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-10-17 | Email from US attorney re: retainer agreement | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-18 | Letter to Peter re: retainer agreement for US attorney. | Probate 2010 C | C: letter out | 1.00 | £5.00 |
| 2013-10-25 | Email from Wendy Yondorff re: update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-28 | Emails to and from Wendy Yondorff re: update, contact details for Mrs. Loewald. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2013-10-29 | Letter to Peter re: estate accounts. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-10-29 | Email to Mrs. Loewald re: instructions, will information, estate accounts, email contact, contact with other heirs. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-29 | Preparation: finalising estate accounts, preparing discharge forms and receipts. | Probate 2010 C | A: general | 20.00 mins | £44.33 |
| 2013-10-29 | Letter to Sydney Mitchell re: update, costs of bankruptcy matter, estate accounts. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-10-30 | Short calls (4) to and from Faber & Co. re: jewellery. | Probate 2010 C | D: telephone call | 2.00 | £16.00 |
| 2013-10-30 | Email from, and short email to, Mrs. Loewald re: legacy. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-10-31 | Parcel from Faber & Co re: jewellery. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-11-01 | Letter from Peter re: retainer for US attorney, signed estate accounts. | Probate 2010 C | B: letter in | 1.00 | £8.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2013-11-01 | Letter to Faber & Co re: receipt of jewellery, cheque for postage. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-04 | Letter from Sydney Mitchell re: US attorney, retainer. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-11-05 | Email to Sydney Mitchell re: US attorney, retainer, jewellery. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-05 | Preparation: sending retainer to US. | Clerk 2010 | A: general | 8.00 mins | £6.53 |
| 2013-11-05 | Long email to US Attorney re: instructions. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-05 | Preparation: perusal of jewellery and chattels and preparation of schedule of items. | Probate 2010 C | A: general | 10.00 mins | £22.17 |
| 2013-11-11 | Email to Peter re: update on chattels, request for instructions. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-12 | Email from Peter re: chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-13 | Letter to Sydney Mitchell re: chattels. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-13 | Email to Wendy Yondorf and Mrs. Loewald re: chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-13 | Call to Mr. Gilby re: jewellery. | Probate 2010 C | D: telephone call | 1.00 | £8.00 |
| 2013-11-15 | Letter to Mrs. Gilby re: jewellery, schedules. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-15 | Letter from Sydney Mitchell re: bankruptcy papers, cash distribution, chattels. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-11-16 | Letter by email to US attorney re: bankruptcy papers, chattels. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-22 | Emails from and to US attorney re: bankruptcy. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2013-11-22 | Email to Peter re: advice from US attorney, further instructions. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-25 | Emails to and from Peter and to US attorney re: advice from US attorney, further instructions. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2013-11-25 | Letter to Sydney Mitchell re: advice from US attorney, further instructions. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-26 | Emails from and to US attorney re: re-opening of bankruptcy case. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-11-27 | Letter to Sydney Mitchell re: re-opening of bankruptcy case. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-11-27 | Email to Peter re: re-opening of bankruptcy case. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-11-27 | Email to Wendy and Mrs. Loewald re: bankruptcy, delay to distribution. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-12-03 | Letter from Santander re: dividend cheque. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2013-12-03 | Call to Santander Nominee Service re: dividend cheque, shares, postal dealing | Probate 2010 C | A: general | 11.00 mins | £24.38 |

| Date | Description | Matter | Category | Units | Amount |
|---|---|---|---|---|---|
| 2013-12-03 | Letter to Peter re: share dealing form; completion of form, reissue of cheque. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-12-05 | Emails from and to US attorney re: submission to Trustee. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-12-05 | Letter from Santander re: re-issued dividend cheque. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2013-12-05 | Emails from and to Peter/Marcin re: update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-12-11 | Email from Sydney Mitchell re: death of Mr. Herz. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2013-12-11 | Letter to Sydney Mitchell re: death of Mr. Herz. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2013-12-11 | Emails to and from US attorney and to Peter re: death of Mr. Herz. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2013-12-16 | Emails to and from US attorney re: call from Mrs. Herz. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2013-12-18 | Call from Esther Herz re: entitlement, value of estate, citizenship, bankruptcy. | Probate 2010 C | A: general | 32.00 mins | £70.93 |
| 2014-01-04 | Letter from Peter re: signed share sale form. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2014-01-06 | Letter to Santander re: share sale form, copy grant. | Clerk 2010 | C: letter out | 1.00 | £12.00 |
| 2014-01-14 | Letter from Equiniti re: return of grant. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2014-01-16 | Letter from Equiniti re: share proceeds. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2014-01-22 | Email from US attorney re: invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-02-06 | Letter from Sydney Mitchel re: no longer acting for Mrs. Herz. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2014-02-11 | Preparation: payment of US attorney. | Probate 2010 D | A: general | 8.00 mins | £13.20 |
| 2014-02-11 | Emails to and from US attorney re: payment, update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2014-02-24 | Call from Mrs. Herz re: claim to estate. | Probate 2010 A | A: general | 15.00 mins | £40.00 |
| 2014-03-16 | Email from Wendy Yondorf re: update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-04-02 | Email to Donald Campbell re: request for update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-04-02 | Email to Wendy Yondorf (cc Mrs. Loewald) re: update, death of Mr. Herz. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-04-05 | Email from Donald Campbell re: bankruptcy case re-opened, awaiting news on motion for funds. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-04-10 | Email to Donald Campbell re: update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-05-05 | Email from US attorney re: invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |

| Date | Description | Matter | Category | Time | Amount |
|---|---|---|---|---|---|
| 2014-05-13 | Email to US attorney re: payment of invoice, update request. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2014-05-16 | Letter from NatWest re: international payment. | Probate 2010 C | B: letter in | 1.00 | £6.00 |
| 2014-05-16 | Letter from NatWest re: international payment. | Probate 2010 C | B: letter in | 1.00 | £6.00 |
| 2014-06-06 | Clerical: payment to US attorney. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2014-06-11 | Letter from NatWest re: payment to US attorney. | Clerk 2010 | A: general | 8.00 mins | £6.53 |
| 2014-06-16 | Letter from NatWest re: payment to US attorney. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2014-06-20 | Email from US attorney re: invoice. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2014-07-09 | Two short emails from and one long and one short email to Alan Sasson, counsel for the estate of David Herz re: update on situation. | Clerk 2010 | F: email in/out | 1.00 | £5.00 |
| 2014-07-30 | Exchange of emails with US attorney re: request to trustees counsel for court order to turn over monies, updated estate account, chattels. | Probate 2010 A | A: general | 20.00 mins | £53.33 |
| 2014-08-02 | Preparation: drafting revised estate accounts; forwarding draft accounts to US attorney by email. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2014-08-04 | Short email from US attorney re: forwarding draft estate accounts to trustees counsel. | Probate 2010 C | A: general | 45.00 mins | £99.75 |
| 2014-08-19 | Emails from and to Marcin, agent, re: update. | Probate 2010 C | F: email in/out | 0.50 | £2.50 |
| 2014-09-18 | Emails to and from NatWest re: request for client deposit account. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2014-09-20 | Preparation: completion of bank forms and letter to NatWest re: client deposit account for £206,000. | Clerk 2010 | A: general | 20.00 mins | £16.33 |
| 2014-11-28 | Email from Peter re: statement from Santander re: shares. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-01-14 | Long call from Mrs. Herz re: winning case in US, interest, costs, retaining money in UK, chattels. | Probate 2010 C | A: general | 10.00 mins | £22.17 |
| 2015-01-15 | Emails to and from Don Campbell and to Peter re: request to confirm position of Mrs. Herz, comment on costs, new claims against Mr. Herz, request for photos of chattels and update on value. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2015-01-22 | Clerical: preparing schedule of chattels, photographing chattels. | Clerk 2010 | A: general | 20.00 mins | £16.33 |
| 2015-01-22 | Emails to Don Campbell re: estate value unchanged, 3 months notice on deposit, photos of chattels (in 2 separate emails). | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-01-23 | Exchange of emails with Miss Herz for her mother re: updates on litigation. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2015-03-07 | Email from and to Marcia Socolowski re: update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2015-05-30 | Email from Libi Herz re: update on court action, request for copy bill. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-05-31 | Email to Libi Herz re: update on court action, request for copy bill. | Probate 2010 A | F: email in/out | 1.00 | £5.00 |
| 2015-06-11 | Letter by email from Don Campbell re: Court Order, appeal period. | Probate 2010 C | A: general | 1.00 mins | £2.22 |
| 2015-06-12 | Long email to Don re: Court Order, funds on three month deposit, email from Libi Herz, chattels, approval of estate accounts. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2015-06-12 | Emails to Peter (cc Hector) and to Wendy and Uyen re: update. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-06-12 | Email to NatWest re: notice on deposit. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-06-12 | Email from Don re: update on accounts. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-06-13 | Letter to NatWest re: request for funds from deposit account. | Clerk 2010 | C: letter out | 1.00 | £12.00 |
| 2015-06-17 | Email from NatWest re: notice on deposit account. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-07-27 | Email from Don re: proof of request to release funds, chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-07-28 | Email to Don re: proof of request to release funds, chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-08-03 | Email from Don re: invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-08-14 | Exchange of emails with Libi Herz re: litigation is ongoing, no transfer to the trustee. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2015-08-18 | Exchange of emails with Libi Herz re: litigation. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |
| 2015-08-18 | Email from NatWest re: release of deposit funds. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-08-20 | Emails from and to Don re: update on release of funds, court order status, possible appeal, estate accounts. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2015-08-22 | Email from Don re: court order status. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-09-17 | Email from Don re: invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-09-19 | Exchange of emails with Libi Herz re: litigation update, adjournment. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-09-22 | Email from Libi Herz re: litigation update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-09-23 | Email to Libi Herz re: litigation update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-09-25 | Emails from and to Libi Herz re: litigation update, offer of transcript. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-10-08 | Email from Don re: court refused reconsideration to Libi Herz, chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-10-09 | Exchange of short emails with Don re: chattels. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-10-13 | Further exchange of short emails with Don re: chattels. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2015-10-28 | Email from Libi Herz re: funds, court update. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2015-10-29 | Emails to and from Libi Herz re: funds. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-10-30 | Emails to and from Don re: information from Libi Herz, chattels. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2015-11-08 | Email to Don re: chattels valuation. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2016-06-10 | Exchange of short emails with Peter re: update (lack of). | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2016-09-27 | Exchange of emails with Libi Herz re: court case, court order required. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2016-09-27 | Exchange of short emails with Libi Herz re: bankruptcy case, court order required. | Probate 2010 A | F: email in/out | 1.50 | £7.50 |
| 2016-09-30 | Emails from and to Peter re: update for Marcin. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2016-10-13 | Clerical: perusal of invoices and payments to Giordano, Halleran & Ciesla. | Clerk 2010 | A: general | 20.00 mins | £16.33 |
| 2016-10-14 | Long email to Don re: payment, copy invoices, statement, update on case, email from Libi Herz. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2016-10-14 | Emails from Don and Megan re: update, invoices. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2016-10-16 | Clerical: payment of invoices; email to Megan re: payment. | Clerk 2010 | A: general | 10.00 mins | £8.17 |
| 2016-11-09 | Exchange of emails with Don Campbell re: chattels, trustee, next steps, estate accounts. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2016-11-15 | Email from Don Campbell's office re: invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2016-11-16 | Email to Don Campbell's office re: copy offices. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2016-11-23 | Exchange of short emails with Don Campbell's office re: chasing copy invoices. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2016-11-24 | Clerical: payment of invoices to USA; email to clerk; updating spreadsheet. | Clerk 2010 | A: general | 15.00 mins | £12.25 |
| 2016-12-15 | Email from Don's assistant re: invoice to November. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-02-03 | Call from Ether Hertz, saying that she had won the case and wanted to know what our requirements were for releasing the money. | Probate 2010 C | D: telephone call | 6.33 | £50.64 |
| 2017-03-13 | Email from Libi Herz re: lawyer's letter about expunged bankruptcy claims. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-03-15 | Exchange of short emails with Don re: abandonment of chattels. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-03-15 | Exchange of short emails with Don re: alleged court win by Libi Herz. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-03-16 | Email to Libi re: lawyer's documents are not court orders. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-03-17 | Emails to and from Libi Herz re: copy of 2015 court order, next steps. | Probate 2010 C | F: email in/out | 3.00 | £15.00 |

| Date | Description | Matter | Type | Units | Amount |
|---|---|---|---|---|---|
| 2017-03-21 | Email from Libi Herz re: copy of motion filed with court. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-03-22 | Long call from EH. | Clerk 2010 | A: general | 19.11 mins | £15.61 |
| 2017-03-24 | Exchange of emails with Don re: court application by Libi Herz and hearing on 6th April. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| 2017-03-29 | Exchange of emails with Don re: instruction to attend court. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2017-04-07 | Email from Don re: outcome of 6th April court hearing. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-04-10 | Email to Don re: outcome of 6th April court hearing. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-04-12 | Exchange of emails with Libi Herz re: court costs. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2017-04-26 | Letter from Quality Solicitors Davisons re: acting for Esther Herz, requesting confirmation assets will not be transferred, requesting figures. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2017-04-26 | Long letter to Quality Solicitors Davisons re: refusal to confirm assets will not be transferred, refusal to provide figures, copy 2015 court order, outline of situation. | Probate 2010 A | A: general | 15.00 mins | £40.00 |
| 2017-05-01 | Email from Don re: status request. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-02 | Email to Don re: update, request for final invoice, UK lawyer. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-03 | Email to Quality Solicitors Davisons re: response to latest letter. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-04 | Letter from Quality/Solicitors Davisons re: further requests not to transfer money, copy of court transcript. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2017-05-09 | Letter from Quality Solicitors Davisons re: further information requested. | Probate 2010 C | B: letter in | 1.00 | £8.00 |
| 2017-05-16 | Letter from Quality Solicitors Davisons re: further information requested (chaser). | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2017-05-16 | Letter to Quality Solicitors Davisons re: some further information, some refusal to answer. | Probate 2010 C | C: letter out | 1.00 | £15.00 |
| 2017-05-17 | Long email to Wendy re: update, costs, chattels (email bounced). | Clerk 2010 | C: letter out | 1.00 | £12.00 |
| 2017-05-18 | Letter from Quality Solicitors Davisons re: yet further information requested. | Clerk 2010 | B: letter in | 1.00 | £6.00 |
| 2017-05-18 | Email to Peter re: request for appointment to discuss Herz request. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-23 | Email from Don's assistant re: April invoice. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-30 | Email from Don re: certified copy court docket. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-05-31 | Email to Uyen re: update, request for Wendy' current contact details. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |
| 2017-06-02 | Email from Don re: status request. | Probate 2010 C | F: email in/out | 1.00 | £5.00 |

| Date | Description | Category | Type | Time | Cost |
|---|---|---|---|---|---|
| 2017-06-08 | Long letter to Quality Solicitors Davisons re: no further information to be provided, the way forward. | Probate 2010 C | A: general | 25.00 mins | £55.42 |
| 2017-06-08 | Emails to and from Don re: payment of invoice, update and next steps. | Probate 2010 C | F: email in/out | 2.00 | £10.00 |
| 2017-06-08 | Preparation: revision of estate accounts to cover 2014 to 2017, updating client account reconciliation. | Probate 2010 C | A: general | 35.00 mins | £77.58 |
| 2017-06-30 | Future: preparation of forms and receipts. | Probate 2010 C | A: general | 25.00 mins | £55.42 |
| 2017-07-31 | Future: allowance for dealing with chattels. | Clerk 2010 | A: general | 30.00 mins | £24.50 |
| 2017-12-31 | Future: correspondence with 3 beneficiaries re: estate accounts. | Probate 2010 C | H: other/direct | 90.00 | £90.00 |
| 2017-12-31 | Future: completing dealings with US attorney and bankruptcy trustee. | Probate 2010 C | H: other/direct | 250.00 | £250.00 |
| 2017-12-31 | Future: payments of legacies and commission by international bank transfer/Transferwise. | Probate 2010 C | A: general | 40.00 mins | £88.67 |
| 2017-12-31 | Future: correspondence with Peter (and Hector) re: estate accounts and commission. | Probate 2010 C | F: email in/out | 4.00 | £20.00 |
| | | | TOTAL COST | | £4,269.16 |