UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DAVID HERZ Debtor.

----------------------------------------------------------x

Case No. 11-42921

Chapter 7

*2018 JUN -7 A 10: 44 RECEIVED/MR*
*CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*

## CERTIFICATE OF SERVICE

The undersigned certifies that on 6.2.2018 , a copy of
(Date of Service/Mailing)

DESIGNATION and STATEMENT of ISSUES
(Title of Document(s) served)

was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Moshie Solomon
5 Penn Plaza 23 Floor
New-York N.Y. 10001

Richard O'Connell
P.O. Box 405
Whitestone, NY 11357

Dated: 6.1.2018

Signature: E. Herz
Print name: 1148 E 10 ST
Address: Brooklyn NY 11236
Phone: 3475257229
Email:



